1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12
13
14
15
16
17

IN RE: APPLICATION FOR TELEPHONE
INFORMATION NEEDED FOR A
CRIMINAL INVESTIGATION

Case No. 15-XR-90304-HRL-1(LHK)

**ORDER UNSEALING PORTIONS OF
CLOSED HEARING TRANSCRIPT**

18      On June 24, 2015, the Court held a hearing on the government's appeal of U.S. Magistrate

19   Judge Howard R. Lloyd's denial of an application for an order pursuant to 18 U.S.C. § 2703(d)

20   authorizing the government to obtain historical cell site location information ("CSLI").  The

21   hearing was conducted in two parts: first, a public hearing in which the Court heard argument

22   from representatives of the government and the Federal Public Defender for the Northern District

23   of California; and, second, a brief closed hearing in which only Court staff and representatives of

24   the government were present.  A transcript of that hearing was filed on August 7, 2015, with the

25   transcript of the closed portion of the hearing filed under seal.  ECF No. 35.  The closed hearing

26   transcript is eight pages long.

27      Having reviewed the transcript, the Court concludes that the portions of the closed hearing

28

1

United States District Court
Northern District of California

United States District Court
Northern District of California

1  transcript cited in the Court's July 29, 2015 order are not sealable.  The portions of the closed

2  hearing transcript cited do not reveal any information that might jeopardize an ongoing criminal

3  investigation.  Specifically, the Court mentions that the cellular service providers for the target cell

4  phones are Verizon and AT&T.  However, Verizon and AT&T are the two largest wireless

5  providers in the United States with over 100 million subscribers each.  Other citations to the

6  closed hearing transcript relate to portions of the government's application that the government

7  generally conceded was "boilerplate," Hr'g Tr. at 54:1, and therefore not unique to the

8  government's investigation.  The Court also cited to an exchange with the government during the

9  closed hearing in which the Court discussed whether the government could "create" CSLI by

10  calling a target cell phone.  No part of this discussion is sealable.  *See United States v. Forest*, 355

11  F.3d 942, 947 (6th Cir. 2004) (describing situation where federal law enforcement had dialed the

12  defendant's cell phone without allowing it to ring and used the resulting CSLI to track his

13  movements), *judgment vacated on other grounds sub nom. Garner v. United States*, 543 U.S. 1100

14  (2005).

15       The Court concludes further that the only portion of the eight-page closed hearing

16  transcript that should remain sealed is the discussion at page 54:4-21.  Accordingly, the Court

17  hereby ORDERS that the closed portion of the transcript from the June 24, 2015 hearing be

18  unsealed, except for page 54:4-21, which shall remain sealed.

19  **IT IS SO ORDERED.**

20

21  Dated: August 10, 2015

22  _____

23  LUCY H. KOH
    United States District Judge

24

25

26

27

28
                                              2