```
MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America
```

*Filed AUG 27 2015 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

*fees waived*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLICATION FOR TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | CASE NO. 15-XR-90304 HRL-1 (LHK)<br><br>UNITED STATES' NOTICE OF APPEAL |

The United States of America, applicant in Case No. 15-XR-90304, hereby gives notice of appeal to the United States Court of Appeals for the Ninth Circuit. The United States seeks review of the Order on Objections that was filed by the district court on July 29, 2015. Appellate jurisdiction is invoked under the authority of 28 U.S.C. § 1291, Fed. R. App. P. 4(a)(1)(B), and Fed. R. App. P. 4(b)(1)(B).

Dated: 8/27/2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

JEFFREY SCHENK
Assistant United States Attorney

UNITED STATES' NOTICE OF APPEAL
15-XR-90304 HRL-1 (LHK)

# CERTIFICATE OF SERVICE

IN RE: APPLICATION FOR TELEPHONE INFORMATION NEEDED
FOR A CRIMINAL INVESTIGATION
NO. 15-XR-90304 HRL-1 (LHK)

I, Laurie Worthen, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within action. I hereby certify that a copy of the foregoing:

**UNITED STATES' NOTICE OF APPEAL**

was served today ___ by hand; ___ by facsimile; ___ by Federal Express; ✓ by first class mail by placing a true copy of each such document in a sealed envelope with postage thereon fully paid, either in a U.S. Mail mailbox or in the designated area for outgoing U.S. Mail in accordance with the normal practice of the United States Attorney's Office; ✓ by placing in the Public Defender's pickup box located in the Court Clerk's Office.

By mail to:

Varell Laphalle Fuller
Federal Public Defender
Northern District of California
55 South Market Street Suite 820
San Jose, CA 95113

Ellen Valentik Leonida
Federal Public Defender's Office
555 12th Street Suite 650
Oakland, CA 94607-3627

Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY 10004

Christopher Joseph Conley
ACLU of Northern California
39 Drumm St
San Francisco, CA 94111

Hanni Meena Fakhoury
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Jennifer Ann Lynch
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Linda Lye
ACLU Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed at San Francisco, California.

DATED: August 27, 2015

Laurie Worthen, Legal Assistant
United States Attorney's Office