UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **USA-v-In Re: Application for Telephone Information Needed for a Criminal Investigation**
Court of Appeals No. (leave blank if a unassigned _____
U.S. District Court, Division & Judge Name: **NDCA, San Jose Division -HRL (Order before LHK)**
Criminal and/or Civil Case No.: **CR 15 90304-HRL (This is a Criminal Misc Case)**
Date Complaint/Indictment/Petition Filed: **Case Opened: 4/9/15**
Date Appealed order/judgment *entered* **7/29/15**
Date NOA *filed* **8/27/15**
Date(s) of Information   **N/A**   Change of Plea   **N/A**   Sentencing   **N/A**

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:   **None**

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **Waived**                    Date Docket Fee Billed: **N/A**
Date FP granted:                                     Date FP denied:
Is FP pending? ☐ yes  ☐ no                          Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellee  Counsel:                                   Appellant Counsel: Jeffrey B. Schenk
Varell Laphalle Fuller                               US Attorney's Office, NDCA Branch
55 S. Market Street, Suite 820                       150 Almadaen Blvd, Suite 900
San Jose, CA 95113                                   San Jose, CA 95113
                                                     408.535.2695

☐ retained   ☐ CJA  ☐ FPD  ☒ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: **Cita Escolano**
**1.408.535.5391**