MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLICATION FOR TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | CASE NO. 15-XR-90304 HRL-1 (LHK)<br><br>REPRESENTATION STATEMENT |

      The undersigned represents United States of America, petitioner and appellant in this district court matter, and no other party. On May 20, 2015, the district court directed that the Federal Public Defender receive documents filed in this case and stated that any response by the Federal Public Defender was due on June 12, 2015. On that date, the Federal Public Defender filed a response to Government's Appeal and Application, under 18 U.S.C. § 2703(d), for historical Cell Site Location Information.

      Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, email, and telephone number, where appropriate. (Fed. R. App. P. 12(b))

//

//

REPRESENTATION STATEMENT
15-XR-90304 HRL-1 (LHK)

1 | Dated: 8/31/2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

 s/ Jeffrey Schenk
JEFFREY SCHENK
Attorneys for petitioner and appellant
Assistant United States Attorney

REPRESENTATION STATEMENT
15-XR-90304 HRL-1 (LHK)

## SERVICE LIST OF REPRESENTATION STATEMENT

<u>Petitioner and appellant:</u>

United States of America

<u>Counsel for petitioner and appellant United States of America:</u>

Jeffrey Schenk
Assistant United States Attorney
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
Email: Jeffrey.b.schenk@usdoj.gov

<u>Respondent and appellee:</u>

Federal Public Defender

<u>Counsel for respondent and appellee Federal Public Defender:</u>

Varell Laphalle Fuller
Federal Public Defender
Northern District of California
55 South Market Street Suite 820
San Jose, CA 95113
Telephone: (418) 291-7753
Email: Varell_Fuller@fd.org

Ellen Valentik Leonida
Federal Public Defender's Office
555 12th Street Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: ellen_leonida@fd.org

<u>Amicus Curiae:</u>

American Civil Liberties Union Foundation
Electronic Frontier Foundation

<u>Counsel for Amicus Curiae American Civil Liberties Union Foundation and Electronic Frontier Foundation:</u>

Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY 10004

Telephone: (212) 549-2500
Facsimile: (212) 549-2654

Christopher Joseph Conley
ACLU of Northern California
39 Drumm St
San Francisco, CA 94111
Telephone: (415) 621-2493
Email: cconley@aclunc.org

Hanni Meena Fakhoury
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: hanni@eff.org

Jennifer Ann Lynch
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jlynch@eff.org

Linda Lye
ACLU Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: llye@aclunc.org